43 F.3d 1461
 Fortson (Nathaniel)
v.
Taylor (Newton C.), Kurtz (Stewart L.), Bierbach (Charles
A.), Preate (Ernest D., Jr.), Helm (William A.), Kress
(Letty A.), Reinaker (Dennis E.), Mahler (Thomas H.), Scala
(Anthony F.), Snedden (John R.), Feathers (Randy P.),
Walstrom (James T.), Lumpkin (Albert), Merrill (Scott E.),
Stevens (George R.), Sweigart (Melissa), Charles (Arthur)
 NO. 93-7641
 United States Court of Appeals,
Third Circuit.
 Nov 29, 1994
 Appeal From: M.D.Pa., No. 92-cv-01026
 
 1
 REVERSED.